UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 08-14248-CIV-MARTINEZ/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

FILED by TS D.C.
ELECTRONIC

JULY 8, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 08-14248-CIV-MARTINEZ/WHITE

Perry Gene Vanderford
(Enter the full name of the plaintiff in this action)

J. Conners
G. Holland
V. Wright
L. Carlock
D. Inman
et. al., All other Medical, Dental, Security Employee's
(Above, enter the full name of the defendant(s) in this action)

cat / div 1983 / FTP
Case # 08 CV 14248
Judge JEM Mag PAW
Motn Ifp UPS Fee pd $ ()
Receipt #

### A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Perry Gene Vanderford

Inmate #: B-094673

Address: Martin C.I. 1150 S.W. Allapattah Rd. Indiantown, FL 34956

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: J. Conners Medical Nurse at

is employed as Martin C.I.

at

C. Additional Defendants: G. Holland Dental Nurse at Martin C.I. ~ V. Wright LPN Medical Nurse at Martin C.I.

L. Carlock R.N. Medical Nurse at Martin C.I. D. Inman Assistant Warden of Programs at Martin C.I.

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

This complaint for general Dental and Medical Mal practice with Denied Dental treatment Since date 6/8/08. on date 6/8/08 the Plaintiff deposite one Inmate request for declaring Dental emergency. The Dental clinic is inside the same building with it's medical clinic. on date 6/10/08 Medical Call for the Plaintiff with reporting for Medical Sick Call. all the 8am to 4 PM Medical doctors with its Medical Nurses were present during its Morning shift. All these Medical staff are in fact Defendants in the Plaintiff's Separate Case 08-civ-1408
Patrick White - 08-1408 - GRAHAM - WHITE

in this honorable court civil Rights Complaints for Denied Medical treatment. The Plaintiff had advised at 6 medical staff Defendants that he requested for declaring Dental emergency, not for Medical Sick Call

SEE ATTACHED ADDITIONAL PAGE FOR FURTHER FACTS

III. **Relief**

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I the Plaintiff pray for declartory and monetary Judgement rewarding the Plaintiff for each 15 named Defendants involvement punitive damages in Plaintiff's Complaints of his 4-Separate Case Numbers 08-CIV-1407 White, 08-CIV-14217 White, 08-CIV-1408 White Since date 11-15-07 to this Current date 6/28/08 Plaintiff had experience being victum to abuse for the past 7-Seven months, Suffering Medical physical injury pain, Mental Anguish, Sue all Defendant's involved. This honorable federal Court order For disciplinary Proceedings revolk suspending all Defendants liscences of certified professionals

VII. **Jury Demand**

Do you demand a jury trial? ☐ Yes ☒ No

because the Plaintiff had file complaints against all Doctors with Medical Nurses including the the harassment of its retaliation they had lock down the Plaintiff for the second time again on date 4/4/08 in Disciplinary confinement for the overall sensitive nature of his Medical with security complaints in this honorable federal court in Case Numbers 08-civ-14207. -08-civ-14217 White -08-civ-1408 white Plaintiff has strong weights of evidence The Plaintiff file informal and formal administrative grievances remedy to the office of the Defendant Warden P. Skipper. Defendant Assistant Warden of Security Dixon. also the Assistant Defendant Warden of Programs D. Inman. Plaintiff will Amend in this honorable federal Justice courts action the results of the Defendant Warden's office decision on Plaintiffs exhausting avenues of available administrative remedy under it's institutional level. The Plaintiff 3-Three above cited separate Complaints of case Numbers, this honorable federal now has jurisdiction of Plaintiff Amending attached documented exhibits of material evidence showing clear and convincing Proof beyond a reasonable doubt that all 15 Defendants employed at Martin C.I. are in fact guilty violating Plaintiffs constitutional Rights of its equal protections in which each cited named Defendant involved with Plaintiffs Compl-

aints of Conditions of Medical. Dental. Security in effect violation of the united States constitutions 14 Amendment its equal due process, process in which it violated its Rules of Procedures of administrative proceedings with denied no relief to Plaintiffs Complaints of denied Medical treatment during Plaintiff's had illegally served separate with 2-Two Separate Disciplinary sentences in disciplinary Confinement, the Warden in which its Medical and Security officers falsely accused Plaintiff. he recieve punishment from its retaliation with false imprisonment and criminal intrapement.

RELIEF: STATEMENT OF CLAIM:

For all these above forgoing reasons. All 15 cited named Defendants employed at Martin C.I. continue denying Plaintiff Medical. Dental. Breaching its overall Security Condictions In effect violation of the united States Constitutions Amendments First-1. 8-Eighth, Fourteenth 14.

As of this current date 6/28/08 Plaintiff had been not able to recieve Dental and Medical treatment. Warden's, office in effect with Medical and Dental employees violation of Rules of Procedures of Administrative Appeals equal protection without its order for Plaintiff Medical. Dental treatment for over 6-six months now. The damages had already resulted in effect. violation of Plaintiffs constitutional Right. Plaintiffs 4 Separate pending cases in this federal Court. its civil Rights claims are in fact Meritoriously Strong with Weights of Pending evidence.

Signed this 28 day of June, 20 08

Perry Vanderford B-094673
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: 6/28/08

Perry Gene Vanderford
(Signature of Plaintiff)

CONTINUATION OF GRIEVANCE

CORRESPONDENCE TO: ADMINISTRATIVE CLERK STEVE LARIMORE

NAME Perry Gene Vanderford ☐ INFORMAL ☐ FORMAL ☐ APPEAL
(Last Name, First, Middle Initial)

D.C. # B-094673 Date 6 /26/08

Dear Mr. Larimore
on this date 6/26/08 I visit our Law Librarian and she the head Librarian Refuse to make run off copies of the original attached copy of my Complaint under the Civil Rights act. strangely enough the Librarian wanting to take my Law suit complaint first to the Defendant Assistant Warden of programs D. Inman before she would make copies of my Complaint against Defendant D. Inman that the funniest thing I ever hear of. Sir please process the attached Complaint its getting sort of crazy around here Please notify United States District Judge with United States Judge Magistrate the honorable justice Judge Patrick A. White its time for court action before any further retaliation harassment against the Sensitive Nature of my Complaints in your honorable Court chambers.
The head Librarian Name is Mrs. Ampol
I am Sorry Mr. Larimore for this unfortunite Situation burdening me. I guess that what federal court action is all about. I knew it from in which the very beginning its not easy journey but with your valuable help we will prevail

Page ___ of ___ SIGNATURE OF GRIEVANT

Thank You Sir Perry Vanderford